```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA ADU POKU and NYANTAKYI BOATENG, <br><br> Petitioners, <br><br> v. <br><br> ERIC HOLDER, Attorney General of the United States, and CHARLES DE MOORE, Acting District Director, U.S. Citizenship and Immigration Services, <br><br> Respondents. | No. C 10-0764 JCS <br><br> **STIPULATED DISMISSAL** |

    Petitioners, by and through their attorneys of record, and Respondents, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice.

///

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 10-0764 JCS

1 | The parties shall bear their own costs and fees.

Dated: April 20, 2010                               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: April 20, 2010

_____/s/_____
FRANK P. SPROULS
Attorney for Petitioners

Dated: April 21, 2010

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 10-0764 JCS                              2